UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL PERNELL ARRENDONDO,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

Case No. 18-cv-10394
Hon. Matthew F. Leitman

_____/

## **JUDGMENT**

For the reasons stated in the Order issued on this date, it is ORDERED and ADJUDGED that Defendant's Motion for Summary Judgment is GRANTED, Plaintiff's Motion for Summary Judgment is DENIED, and the Commissioner's decision is AFFIRMED. This case is hereby DISMISSED in its entirety with prejudice.

                            s/Matthew F. Leitman
                            MATTHEW F. LEITMAN
                            UNITED STATES DISTRICT JUDGE

Dated: March 18, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 18, 2019, by electronic means and/or ordinary mail.

                            s/Holly A. Monda
                            Case Manager
                            (810) 341-9764